■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG JONES, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant, by pleading guilty, forfeited any claim of immunity resulting from his testimony before the Grand Jury (see, People v Sobotker, 61 NY2d 44, 48; see also, People v Flihan, 73 NY2d 729, 731, rearg denied 73 NY2d 872). (Appeal from judgment of Erie County Court, D'Amico, J.—manslaughter, second degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.